PEOPLE ex rel. A. SHERMAN LUMBER CO., Respondent, v. PROPP et al., Assessors, Appellants. (Supreme Court, Appellate Divi-

sion, Third Department.    March 5, 1913.) Proceeding by the People of the State of New York, on the relation of the A. Sherman Lumber Company, against Peter Propp and others, as Assessors of the Village of Tupper Lake, Franklin County, N. Y., and D. C. Randall, Clerk of said Village of Tupper Lake. No opinion.    Order unanimously affirmed, with $10 costs and disbursements.